# FELDMAN, RUDY, KIRBY & FARQUHARSON, P.C.
ATTORNEYS AT LAW
SUITE 315
410 JERICHO TURNPIKE
JERICHO, NY 11753-1318
(516) 334-2500

FACSIMILE
(516) 334-2502



November 5, 2019

Honorable Kenneth M. Karas
United States District Court
300 Quarropas Street - Chambers 522
White Plains, NY 10601-4150

Re: Carlos E. Hidalgo and Migdalia Villafane-Hidalgo
v. Ocwen Financial Corporation, Ocwen Loan Servicing,
LLC, Altisource Portfolio Solutions, S.A., and
Liberty Mutual Insurance Company

Civil Action No.: 7:19-cv-03358-KMK

U.S. District Court, Southern District
-----------------------------------------------------------

Dear Judge Karas:

This law firm represents the defendant Liberty Mutual Insurance Company in the above-captioned litigation. I am in receipt of the Endorsed Memo scheduling a pre-motion conference on December 17, 2019 at 10:30 am. On that date, I am the court-appointed referee selling two properties in Suffolk County. Accordingly, I am requesting that the conference be rescheduled. I have conferred with counsel for the plaintiff and the co-defendant; we are all available on December 16, 2019, if that date is convenient to the Court. Thank you for your attention to the above.

Very truly yours,

*BRUCE W. FARQUHARSON*

BRUCE W. FARQUHARSON

BWF/kmw

Honorable Kenneth M. Karas
Page 2 of 2
November 5, 2019

c:   VIA EMAIL and VIA REGULAR MAIL:
     LAUREN P. RAYSOR, ESQ.
     Attorney for Plaintiffs
     11 West Prospect Avenue
     New York, NY 10550
     914-773-8080
     lpraysor@aol.com

     GREENBERG TRAURIG, LLP
     Attorneys for Defendants Ocwen Financial Corporation,
     Ocwen Loan Servicing, LLC, and Altisource Portfolio
     Solutions S.A.
     Attn: Leah Jacob, Esq.
     MetLife Building
     200 Park Avenue
     New York, NY 10166
     212-801-2169
     jacobl@gtlaw.com

*Granted. The conference is moved to 1/13/20, at 11:30.*

*So Ordered.*

*[signature]*

*11/21/19*