UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARLOS E. HIDALGO; *and* MIGDALIA VILLAFANE HIDALGO,

                        Plaintiffs,

v.

OCWEN FINANCIAL CORPORATION, *et al*.,

                        Defendants.

No. 19-CV-3358 (KMK)

ORDER

KENNETH M. KARAS, United States District Judge:

      Following a Pre-Motion Conference, the Court permitted Defendant Liberty Mutual Insurance Company ("Liberty Mutual") to file a Motion for Summary Judgment (the "Motion"). (*See* Scheduling Order (Dkt. No. 28).)[1] Liberty Mutual filed its opening papers on March 10, 2020. (*See* Dkt. Nos. 31–34.) However, instead of filing opposition papers, Plaintiffs filed a Stipulation of Voluntary Dismissal as to their claims against Liberty Mutual. (*See* Dkt. No. 36.) The Stipulation was signed by this Court on March 14, 2020. (*See* Dkt. No. 37.) Defendants other than Liberty Mutual have answered the Complaint but did not join the pending Motion. (*See* Dkt. Nos. 9–10; Not. of Mot. (Dkt. No. 31).) Therefore, the voluntary dismissal of Liberty Mutual now renders the pending Motion moot.

---

[1] Although the documents related to the Motion are stylized as "Motion To Dismiss," and Liberty Mutual's Pre-Motion Letter referred to a motion to dismiss under Federal Rule 12(b)(6), (*see* Dkt. Nos. 22, 31–34), both Liberty Mutual's underlying papers and the fact that Liberty Mutual had already answered the Complaint suggest that it is more properly categorized as a summary judgment motion, (*see* Liberty Mutual Ans.; Liberty Mutual's Local Rule 56.1 Statement in Supp. of Mot. ("Liberty Mutual's 56.1") (Dkt. Nos. 7, 35)).

Therefore, it is hereby:

ORDERED that the Clerk of Court terminate the pending Motion, (Dkt. No. 31); and

ORDERED that the remaining Parties submit a proposed case management and scheduling order within 30 days of this Order.

SO ORDERED.

Dated: April 14, 2020
       White Plains, New York

KENNETH M. KARAS
United States District Judge